UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SINKLER C. MARTIN, JR.,

    Plaintiff,

vs.    Civil Action No.
06-CV-12910

HON. BERNARD A. FRIEDMAN

UNITED STATES ARMY BRANCH,

    Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION , GRANTING DEFENDANT'S MOTION TO DISMISS, AND ENJOINING PLAINTIFF FROM FILING FURTHER CIVIL ACTIONS IN THIS COURT WITHOUT FIRST OBTAINING LEAVE OF COURT

This matter is presently before the Court on Defendant's Motion to Dismiss [docket entry 14]. On February 28, 2008, Magistrate Judge R. Steven Whalen issued a Report and Recommendation ("R&R"), in which he recommends that Defendant's Motion to Dismiss be granted, and that Plaintiff be enjoined from filing further civil actions in this Court without first obtaining leave of court. Plaintiff has not filed objections, and the time to do so has expired.

The Court has had the opportunity to fully review this matter. The Court finds that Magistrate Judge Whalen correctly and thoroughly analyzed all of the issues presented, and that he reached the proper conclusions for the proper reasons. Therefore, the Court will accept and adopt the Magistrate Judge's R&R as the findings and conclusions of the Court. Accordingly,

1

IT IS ORDERED that Magistrate Judge Whalen's R&R of February 28, 2008, is accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss is granted.

IT IS FURTHER ORDERED that Plaintiff is enjoined from filing further civil suits in this Court, without first obtaining leave of court. Specifically, any future complaints must be accompanied by a "Motion for Leave to File," in which Plaintiff must certify that the claims he wishes to present are *new* claims never before raised and disposed of by any federal court.

_s/Bernard A. Friedman_____
BERNARD A. FRIEDMAN
CHIEF UNITED STATES DISTRICT JUDGE

Dated: March 14, 2008
       Detroit, Michigan

I hereby certify that a copy of the foregoing document
was served upon counsel of record by electronic and/or first-class mail.

s/Carol Mullins
Case Manager to Chief Judge Friedman